```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------
LUIGI GIROTTO,

                Plaintiff,

      - against –

MADISON JEWELERS NY, INC., ET AL.,

                Defendants.

------------------------------------------------

25-cv-1681 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **June 16, 2025**. If service is not made by June 16, 2025, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
            June 3, 2025

                                    /s/ John G. Koeltl
                                   **John G. Koeltl**
                      **United States District Judge**