United States District Court
Southern District of New York

---

LUIGI GIROTTO,

                Plaintiff,

    - against -

MADISON JEWELERS NY, INC., ET AL.,

                Defendants.

---

25-cv-1681 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 27, 2025, the plaintiff filed this action. ECF No. 1. On June 3, 2025, the Court extended the time to serve the summons and complaint on the defendants until June 16, 2025. ECF No. 7. The plaintiff has not served the defendants.

Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute. **The Clerk is directed to close this case.**

SO ORDERED.

Dated:    New York, New York
            June 17, 2025

                                        John G. Koeltl
                                   United States District Judge