# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

July 6, 2025

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007

     Re: **Girotto v. Madison Jewelers NY, Inc.et al.**
       **Case 1:25-cv-01681-JGK**

Dear Judge Koeltl:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for July 8, 2025, at 12:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 9 & D.E. 10]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

             Sincerely,

             By: /S/   B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile:  (305) 704-3877
              Email: bbw@weitzfirm.com

*[Handwritten order:]* The July 8, 2025 Conference is Canceled. The plaintiff should provide a status report no later than September 5, 2025. So ordered. 7/7/25 /s/ JGKoeltl/ U.S.D.J.