UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIGI GIROTTO,

                                    Plaintiff(s)

                                                                              25 civ 1681 (JGK)

        -against-

MADISON JEWELERS NY, INC., et al.,
                                    Defendant(s).
------------------------------------------------------------------X

### ORDER

The Court has received the notice of settlement between the plaintiff and the defendant,

Madison Jewelers, Inc.  The plaintiff shall provide the Court with a status report regarding the

defendant, DS400OWNER, LLC by **January 15, 2026.**

The conference scheduled for Thursday, January 8, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 22, 2025